Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: 310-474-9111; Fax: 310-474-8585

Scott Edelsberg, Esq. (pro hac vice forthcoming)
EDELSBERG LAW, P.A.
19495 Biscayne Blvd #607
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

Andrew J. Shamis, Esq. (pro hac vice forthcoming)
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 400 Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

*Counsel for Plaintiff and Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR BASILE, individually and on behalf of all others similarly situated, | Case No. 3:19-cv-00788-LAB-BGS |
| *Plaintiff*, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| vs. | |
| JENNY CRAIG, INC., a California Corporation, | |
| *Defendant*. | |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Taylor Basile voluntarily dismisses the above-captioned action without prejudice.

Respectfully submitted,

**AHDOOT & WOLFSON, PC**

Dated: May 28, 2019

*/s/ Robert Ahdoot*
Robert Ahdoot
Bradley K. King
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: 310-474-9111; Fax: 310-474-8585

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq. (pro hac vice forthcoming)
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone: 305-479-2299

**EDELSBERG LAW, PA**
Scott Edelsberg, Esq. (pro hac vice forthcoming)
Florida Bar No. 0100537
scott@edelsberglaw.com
19495 Biscayne Blvd #607
Aventura, FL 33180
Telephone: 305-975-3320

*Counsel for Plaintiff and the Class*

NOTICE OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record denoted on the Electronic Mail Notice List.

Executed on May 28, 2019.

*/s/ Robert Ahdoot*
Robert Ahdoot

NOTICE OF VOLUNTARY DISMISSAL