UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR BASILE,<br><br>                           Plaintiff,<br>v.<br>JENNY CRAIG, INC.,<br><br>                          Defendant. | Case No.: 19cv788-LAB (BGS)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Taylor Basile has filed a notice of voluntary dismissal. Defendant has appeared, but has not answered or filed a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a), this action is therefore **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: June 6, 2019

_____
Hon. Larry Alan Burns
Chief United States District Judge